UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MICHAEL LORUSSO,

    Petitioner,

v.                                        Case No: 5:25-cv-455-WFJ-PRL

WARDEN, NORTH FLORIDA
EVALUATION AND
TREATMENT CENTER,

    Respondent.
_____

**ORDER**

Petitioner initiated this case on July 21, 2025, by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. *See* Doc. 1. Petitioner failed to pay the required filing fee or file to request to proceed as a pauper within thirty days of the commencement of the case. *See* Doc. 2 at 1–2. Thus, this case is dismissed without prejudice. *See* 28 U.S.C. § 1914(a); *see also* Local Rule 6.04(b).

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. This case is **DISMISSED** without prejudice.

2. The **Clerk of Court** shall enter judgment and close this case.

**DONE** and **ORDERED** in Tampa, Florida on August 27, 2025.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**    Pro Se Party